```
            UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF TENNESSEE
                  WESTERN DISTRICT
```

STATE NATIONAL INSURANCE
COMPANY,

Plaintiff,

v.                                    No.: 2:10-CV-2781

J. SANDERS TRUCKING, LLC
AND CHARLIE WILLIAM MORGAN,

Defendants.

J. SANDERS TRUCKING, LLC,

Counter Claimant/Third Party
Plaintiff,

v.

STATE NATIONAL INSURANCE
COMPANY,

Counter Defendant,

SHARI SPRAYBERRY, and HUB
INTERNATIONAL TRANSPORTATION
SERVICES, INC.,

---

### JUDGMENT

---

**JUDGMENT BY COURT.**  This action having come before the Court on the parties' Stipulation of Dismissal (Docket Entry 36),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the parties' Stipulation of Dismissal, the claims of the Plaintiff, State National Insurance Company, against the Defendants, J. Sanders Trucking, LLC and Charlie William Morgan, are DISMISSED WITH PREJUDICE; the Counterclaim by J. Sanders Trucking, LLC against State National Insurance Company is DISMISSED WITH PREJUDICE; and the Third Party

Complaint by J. Sanders Trucking, LLC against Shari Sprayberry and HUB International Transportation Services, Inc. is DISMISSED WITH PREJUDICE.

APPROVED:


s/ Jon P. McCalla_____
JON P. McCALLA
CHIEF U.S. DISTRICT JUDGE

Feb. 10, 2012_____
DATE